**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01328-CV

### IN RE DANI RUBINOFF, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51128-2012**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/  DAVID L. BRIDGES
     JUSTICE